**Order filed December 4, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00579-CR
_____

**HENRY AMADOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1390567**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel certified to this court that he provided appellant with a copy of the *Anders* brief and advised appellant of his right to file a pro se brief in response. The appellate record has also been provided to appellant.

If appellant desires to file a pro se brief in response to counsel's *Anders* brief, appellant's pro se brief shall be due on or before January 5, 2015.


PER CURIAM